**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 97-D-02422-WYD-MJW

**UNITED STATES OF AMERICA,**
ex rel. JACK J. GRYNBERG,
Plaintiff,

vs.

**THE BOC GROUP, INC.,** a Delaware corporation,
Defendant.

_____

**ORDER RE: STIPULATED NOTICE OF SETTLEMENT AND
STIPULATION TO DISMISS WITH PREJUDICE**
_____

The Court having received the Plaintiff United States of America's and the Relator Jack J. Grynberg's Stipulated Notice of Settlement and Stipulation to Dismiss with Prejudice, and being otherwise advised in the premises,

ORDERS: That this action is hereby dismissed with prejudice, each side to pay its/his own attorneys fees and costs.

Dated: June 27, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge